# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SOUTHERN FAMILY INSURANCE COMPANY,**

    Plaintiff,

v.                             Case No. 8:05-cv-2158-T-30MAP

**UNITED STATES OF AMERICA,**

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Strike Expert Report of James W. Newman, Jr. and to Strike Paragraphs 14-17 of His Affidavit (Dkt. 233) and Plaintiffs' Responses in opposition to same (Dkts. 241 and 242). The Court, having reviewed the motion, responses, and being otherwise advised in the premises, concludes that the motion should be granted in part and denied in part.

Defendant's motion to strike James W. Newman, Jr.'s ("Mr. Newman") expert report is denied. The Court will not permit Mr. Newman to testify as to any legal argument or legal conclusions. However, he may testify as to factual matters. The Court will not rely upon Mr. Newman's report in its consideration of Defendant's Motion for Partial Summary Judgment (Dkt. 157) to the extent that it offers any legal argument or legal conclusions.

The Court grants Defendant's motion to the extent that paragraphs 15, 16, and 17 are stricken from Mr. Newman's affidavit.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Strike Expert Report of James W. Newman, Jr. and to Strike Paragraphs 14-17 of His Affidavit (Dkt. 233) is hereby GRANTED in part and DENIED in part as set forth herein.

2. Paragraphs 15, 16, and 17 are hereby stricken from the affidavit of James W. Newman, Jr.

**DONE** and **ORDERED** in Tampa, Florida on April 26, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2158.mtstrikeexpert.frm