# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SOUTHERN FAMILY INSURANCE COMPANY,**

    **Plaintiff,**

v.                                         Case No. 8:05-cv-2158-T-30MAP

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Bifurcate Trial and Clarify Case Scheduling Order (Dkt. 282). Plaintiff Southern Family Insurance Company ("Southern Family") represents in its motion that it is unopposed to the extent that Plaintiff Poe Financial Group and Defendant United States of America do not oppose bifurcation of the trial in this matter as set forth in Southern Family's motion.

The Court, having reviewed the motion, and being otherwise advised in the premises, concludes that the motion should be granted in part. The Court will try Plaintiffs' claims against the United States of America relating to the issue of whether the takeout bonuses are excludable from gross income and the timing issue (assuming the Court does not enter summary judgment in favor of Plaintiffs on this issue) during the October 2010 trial calendar. At the conclusion of the October trial of these issues, the Court will address with the parties when it will hear any remaining issues.

It is therefore ORDERED AND ADJUDGED that:

1. For the reasons set forth herein, Plaintiff's Motion to Bifurcate Trial and Clarify Case Scheduling Order (Dkt. 282) is GRANTED IN PART.

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2158.mtbifurcate.frm