UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SOUTHERN FAMILY INSURANCE COMPANY,**

    Plaintiff,

v.                                                       Case No. 8:05-cv-2158-T-30MAP

**UNITED STATES OF AMERICA,**

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon Poe Financial Group, Inc.'s ("Poe") Motion for Reimbursement of Its Attorneys' Fees and Non-Taxable Costs (Dkt. 360) and the United States' Motion to Alter Judgment (Dkt. 363). The Court concludes that these motions should be denied as premature.

The parties are well-aware of the procedural facts of this 2005 case. However, it bears repeating that the issues in this case were bifurcated at the <u>parties</u>' request. The issue of Plaintiffs' ownership of the tax refunds is still pending. Thus, it would be premature to alter the partial final judgment (Dkt. 358) to include the specific amount of assessed tax and interest to be recovered by each Plaintiff or to award Poe its attorneys' fees and costs out of the 1996-1998 refund amounts. Poe's entitlement to these amounts remains pending.

The Court also sees no reason to alter the judgment to set forth a specific determination that there is no just reason to delay its entry. The United States can file any appeals at the conclusion of this action.

It is therefore ORDERED AND ADJUDGED that:

1. Poe Financial Group, Inc.'s ("Poe") Motion for Reimbursement of Its Attorneys' Fees and Non-Taxable Costs (Dkt. 360) is hereby DENIED without prejudice as premature.

2. United States' Motion to Alter Judgment (Dkt. 363) is hereby DENIED without prejudice as premature.

3. Southern Family's Amended Motion for Extension of Time (Dkt. 369) is hereby DENIED as moot.

4. The parties shall advise the Court by January 27, 2011, as to when they would like to proceed to trial on the remaining issue.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2158.mtalterjudgmentmtfees360and363.frm