**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SOUTHERN FAMILY INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                    Case No.  8:05-cv-2158-T-30MAP

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____

## ORDER

Upon Defendant's Emergency Motion to Compel Depositions (Dkt. #381) for the pending trial scheduled to start on March 8, 2011, and after hearing argument of the parties during a telephonic hearing held on February 25, 2011, this Court orders the following:

1.    Defendant's Emergency Motion to Compel Depositions (Dkt. #381) is GRANTED.

2.    Based on representations of counsel for the parties, this Court understands that they are close to resolving their differences in mediation.  The parties are ordered and encouraged to continue such good faith settlement discussions in person and in Tampa, through and including the weekend of February 26-27, 2011, and continuing Monday, February 28, 2011.  All parties shall have persons available to sign a final mediation settlement agreement by close of business February 28, 2011, without exception, assuming agreement can be reached among them.

3. The depositions requested by the Defendant shall take place on Tuesday, March 1, 2011, and Wednesday, March 2, 2011, and the Plaintiff shall produce all of the witnesses sought to be deposed by Defendant.

4. The Defendant shall cooperate with Plaintiff in setting the depositions of those persons that the Defendant wishes to depose before Thursday, March 3, 2011.

5. Notwithstanding the foregoing orders of this Court, the trial on the entitlement issue shall proceed and begin on March 8, 2011 in light of the fact that any settlement that the Defendant asserts had been reached at mediation is now being disputed by the Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2011.

**Copies furnished to:**
Counsel/Parties of Record

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

S:\Even\2005\05-cv-2158.emer mot 381.wpd