IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHERN FAMILY INSURANCE COMPANY,

    Plaintiff/Cross-claim Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant,

_____/

Case No.
8:05-CV-2158-JSM-MAP
(Consolidated)

POE FINANCIAL GROUP, INC.,

    Plaintiff/Cross-claim Defendant,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## FINAL JUDGMENT

This matter came before the Court in a bifurcated proceeding on the plaintiffs' claims against the United States of America for federal income tax refunds and on Southern Family Insurance Company's ("SFIC") cross claim against Poe Financial Group, Inc. ("PFG") seeking a determination of SFIC's entitlement to the income tax refunds, if any, recovered from the United States. Pursuant to this Court's order granting partial summary judgment in favor of plaintiffs (Doc. 289); partial final judgment in favor of plaintiffs (Doc. 358) entered following a non-jury trial on the federal income tax refund action against the United States; and the Stipulated Motion to Approve Settlement Agreement and for Entry of Judgment (Doc. 387) filed by SFIC and PFG with respect to SFIC's cross claim on entitlement, the Court enters final judgment as follows:

    ORDERED AND ADJUDGED:

1. As to SFIC's claim against the United States for a refund of federal income tax and interest for tax year 1999, SFIC shall recover from the United States the amount of $702,490.99 in assessed tax and interest, plus statutory interest according to law.

2. As to PFG's claim against the United States for a refund of federal income tax and interest for tax years 1996, 1997, and 1998, PFG shall recover from the United States the following amounts:

1996: $4,032,214.31 in assessed tax and interest, plus statutory interest according to law;

1997: $2,574,698.35 in assessed tax and interest, plus statutory interest according to law;

1998: $1,402,807.97 in assessed tax and interest, plus statutory interest according to law.

3. As to SFIC's cross claim against PFG seeking a determination of SFIC's entitlement to the 1996-1998 tax refunds, the Court approves the provisions of the Amended Settlement Agreement in Mediation that relate to the tax matters, and directs that the 1996-1998 tax refunds be distributed in accordance with the terms of that Agreement.

4. The Clerk of the Court is directed to close the case.

**DONE and ORDERED** in Tampa, Florida on March 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE